UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITTY N. HARDING,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. 11-5024 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #20] recommending that this case be remanded, based on the stipulation of the parties [ECF #19]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 22nd day of August, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

REPORT AND RECOMMENDATION - 1